*Federal Intentional Tort Action*

CIVIL RIGHTS COMPLAINT ~~PURSUANT~~ TO 42 U.S.C. § 1983

~~IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA~~

US District Court for the northern District of GA

RECEIVED IN CLERK'S OFFICE U.S.D.C. - Atlanta
FEB 04 2022
KEVIN P. WEIMER, Clerk
By: NBower, Deputy Clerk

Lawrence D Franklin ID# 1105953  Booking # 1923107

(Enter above the full name and prisoner identification number of the plaintiff, GDC number if a state prisoner.)

-vs-

Officer Peterson ~ Officer Edwards of Fulton county Jail

1:22-CV-0484

(Enter above the full name of the defendant(s).)

## I. Previous Lawsuits

A. Have you filed other lawsuits in federal court while incarcerated in any institution?

Yes (✓)    No ( )

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit:

Plaintiff(s): Lawrence D. Franklin

Defendant(s): mayor Kesha lance bottoms, commissioner Khadijah rahman, Cheif Jackson, sergt hudson, sergt cain, officers Thomas, Parson, Brown, Rogers, peterson, F. hasty, J. Goodwine, library mrs Bonaparte, Food service, medical unit Doctor Zenibe, Examination Doctor John Doe and maintanance Dept of Fulton county Jail and CDC of Atlanta?

2. Court (name the district): United States District Court for the Northern District of Georgia Atlanta Division

3. Docket Number: 3 / case # 1:21-CV-4966-JPB-RDC

Rev. 12/5/07

I. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: *Magistrate Judge regina D cannon*

    5. Did the previous case involve the same facts?

    *Some of them* Yes (✓)   No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
*Still pending / Proceeding*

    7. Approximate date of filing lawsuit: *12/14/2021 at 11:29 AM*

    8. Approximate date of disposition: *12/3/2021 around estimation*

II. **Exhaustion of Administrative Remedies**

Pursuant to 28 U.S.C. § 1997e(a), no prisoner civil rights action shall be brought in federal court until all available administrative remedies are exhausted. Exhaustion of administrative remedies is a precondition to suit, and the prisoner plaintiff must establish that he has exhausted the entire institutional grievance procedure in order to state a claim for relief.

    A. Place of Present Confinement: *Fulton County Jail 901 ricest Atl Ga 30318*

    B. Is there a prisoner grievance procedure in this institution?

    Yes (✓)   No ( )

    C. Did you present the facts relating to your complaint under the institution's grievance procedure?

    Yes (✓)   No ( )

    D. If your answer is YES:

        1. What steps did you take and what were the results? *reported This issue to grievance officer J-Goodwine who is a defendant and conflict of interest makes it impossible for him to address issues correctly he continues to inadequately respond to Grievances Deliberately giving round about answers and Erasing Dates and Grievances and prolonging responds as well Floor officers and Supervisors are Defendant and won't help!*

        2. If your answer is NO, explain why not: _____

III. **Parties**

(In item A below, place your name in the first blank and place your present address in the second blank.)

A. Name of Plaintiff: Lawrence D Franklin

Address(es): 901 rice st Fulton County Jail Atlanta GA 30318

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): Officer Edwards and officer Peterson ~~of Six no th 100 East~~

Employed as officers

at Fulton County Jail 6 north 100

IV. **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

This Claim is for 8th Amendment Violation of Cruel and unsual punishment and Defamation of Character, of the State, committed by it's Employees officer Edwards of 6 north 100 and officer Peterson of 6 north 100, for injuring me while Acting within the scope of his and her employment and in discharge of his and her Duties on Dec 28 2021 The actions of officer peterson and officer Edwards were intentional and unwarranted, as a result I have suffered mental and emotional distress and auguish and pain and suffering Aniexty depression

Rev. 12/5/07

IV. **Statement of Claim (Cont'd)**

Got nightmares, can't sleep, paranoid, and my already mental health issues are increasing and I'm scared to go to pill call most times to take my mental health meds because of the fear of being assaulted behind cruel and unusual punishment, Defamation, Verbal Slander, and Injurious False Statements spoken verbally about me, now this False Defamation has spreaded throughout the who Jail now Everyone wants to hates me @ All officers except about 3 and most inmates, This 8th Amendment Violation has been cohersed and planned arranged by officer Edwards, peterson and other officers who are playing the back ground to this Violation, they are Retaliating For litigation Effort I have Filed on the Grievance Box and in Fulton County Court house, and us District court Atlanta Division, so they all are and have come together to injure my Character reputation personality and Cause unwanton and inflict unwanted Pain' I have Attached the Complaint to This form to go as a Continuance of This Claim I'm Stateing thats grounds For relief and money damages that I'm seeking to recover from this Violation of my eight Amendment Cruel and unusual punishment unwanton infliction of Pain and suffering and Defamation Defamation of my character!

V. **Relief**   Complaint is Attached to this form Continues
State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Do to lost Earnings potentally $380,000.00 dollars Seeks in compensatday money damages and puntitive damages for lost of potential Earnings $180,000 For pain and suffering $40,000 mental aguish! permanent Disability of Further increased mental health issues/and Disorders $20,000. I'm asking that Notice of Intention to File Claim be Served upon nec.leu.ng this Intentional Tort Action to Clerk Attorney General and Appropriate persons in timely manner wherefoor Claimant respectfully requests Judgement against Defendants in the sum of $620,000.00 dollars Dec 29 2021 and Addition relief and any other courts see.

V.   Relief (Cont'd)

Fit? I would also like for office Edwards and officer Peterson to Be permanently relieved from their Duties as officers at Fulton County Jail and not be allowed to work in Corrections ever again!

Signed this ~~Jan~~ day of ~~29th~~ /3th, ~~20~~ 2022.

Lawrence Franklin
Signature of Plaintiff

STATE OF Georgia
COUNTY (CITY) OF Fulton Atlanta

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON 1/13/2022
              (Date)

Lawrence D Franklin
Signature of Plaintiff

Rev. 12/5/07

Claims 8th Amendment Violation Cruel n unusual Punishment/Defamation

LAWRENCE. D. FRANKLiN    (Federal Intentional tort Action)

Attachment!

6 north 100 Cell 113 oN Tuesday, DecemBer, 28, 2021 At: 10:40 pm – 11:46 pm During Tablet pick up officer Edwards passed my Door and falsely stated to the orderly! that I Was at the Door playing with me penis!!! Which made the orderly Approach me 10:40-11:46 pm in a aggressive and Defensive way! The orderly Admitted To me that All Everyone is saying this about me! I toss This is false and has injuried me emotionally and mentally! I wrote a Grievance on officer Peterson Dec 23rd 2021 of 6 north 100 for this same false Statement! officer Peterson of 6 north 100 and officer Edwards are officers mentioned in Complaints filed in Fulton County Courthouse, And are Retaliateing for Complaints that I have filed! They are workking Together! to And have Ruined and injuried my Character I Cant sleep I'm having nightmares, Aniexty, depression! and my paBanioya is getting worst! I'm mental health and i Suffer from bipolar and paranoiya and take mental health meds This is CALUMNY and Defamation of Character They have injuried me my Reputation and my personality! Breached my peace and Have incited Tension on 6 north 100! The orderly that Approached me is not Even in 6 north 100 he was Allowed in my security housing unit were i am Suppose to be Safe but officer Edwards Authorized him to Come in to aggressively Approach me At my Cell Door! Which is a Breach of Security All of This Can Be Viewed on Cambra 10:40 pm – 11:46 pm Dec, The 28th 2021 This is Retaliation and Also Both

8th Amendment
Cruel N' Unusual punishment
Defamation

Intentional Tort Action
Federal

Lawrence D. Franklin

~~Officer~~ Coherced and has been a Conspiracy amongst Defendants, Officer Edwards and Officer Peterson in particular! They have Coherced these false Statements and Verbally put them out their with the intentions to injure my Name, reputation, Character, personality, and Cause emotional Distress and mental Anguish! Officer Edwards and officer Peterson of 6 north 100 has Evil intentions and are plotting to try to Cause me Physical harm and get me Assaulted or Killed for Complaints I've filed Against them and Fulton County Jail! First off All if i was playing with my penis which was a lie then why Didn't he or She write me up or Put me on 48 hour Lockdown or take me to the Hole which would be the Correct procedures To Do when a inmate is Exposeing himself! This Shows that the Statements were false and were only intended to injure my Character and Slander my name! Which it has Done! no one wants to Socialize with me any more! and now almost Everyone thinks Im a pervert! this has Caused me Great Great pain! and Suffering! I've written Grievances already, but the Grievance officer J Goodwine is a Strike force officer that I've filed Complaints on in Fulton County Courthouse! and Federal Court in Atlanta! So he is not aduaquately responding Deliberately hindering and Creating Delays and Circumlocution!

Lawrence, D. Franklin

with his reponds! The Court is my last result! please help I'm in Distress and i take mental health meds and when i get paranoid i get scared and have no control over my actions! The Truth and Claims in This Complaint are all pulpable and a lay person with Common Sense can see The noticable obvious and Transparent Violations That gives this (intentional tort Action) merit!! officer Edwards is a Compulsive Violator! End of Claim / Continues on Last page!

Dec. 29th 2021 12:55pm - 12:59pm

Related incident to show how reckless careless unperfessional and how much officer Edwards do not have any regard for a inmates life and this incident That I'm about to Expose will give weight and Show the Courts that my words about officer Edwards is true! on ~~Dec 29th 2021 During officer Edward~~ on Dec 29th 2021 at 12:55pm - 12:59pm Officer Edward authorized for Some inmates to enter into 6 north 100 putting inmates on boats at risk for Assault? This Displays his reckless Systematic Abusive practices That Are a breach of Security and a breach of Peace and Safety? Cambra footage will show them leaving out! This is right after the false defamation incident Dec 28th 10:40pm - 11:40pm This is Reckless and puts inmates at Serious Risk of harm? Officer Edwards has a Doubtful title!/ Another Related incident That exposes officer Edwards Reckless Careless Systematic Abusive Practices and gives weight to The Truth

Lawrence D. Franklin                    8th Amendment Violation    Defamation of Character

(Intentional Tort Action)

behind my Complaint and Claims against officer Edwards and officer peterson! On Dec 21th 2021 2nd shift officer Edwards Allowed and Authorized for high Profile Rap Artist "Lucci" housed in 6 north 600 to Leave out of his security housing unit! Despite the well known and Documented $150,000 Assasination plot on his life! Despite his protective Custody Status officer Edwards incited the Strong Possibility of Serious harm to high profile Celebrity rapper Artist Lucci by Letting him walk around in the halls and Enter other Dorms with other inmates in 6 north putting his life at risk officer Edwards was fully aware of the risk and Danger on Rapper Lucci's Life but Deliberately Disregarded the risk! Camera footage will show this Violation that gives weight to his reckless and Careless Abusive practices! I'm asking the Courts to investigate my intentional Tort Action and other Related incidents to View The palpable Violation of my 8th Amendment Cruel and unusual punishment, and Defamation of Character! As a result I've been injuried emotionally and mentally I'm praying for Compensatory money damages of $80,000 dollars for pain and suffering and punitive damages in addition to the Compensatory damages to punish the defendants invovled who was reckless and Acted intentionally! These reliefs will help make me whole again after these actual injuries and will help put me Back in the Same position as i was in before injury occured! for punitive damages: wont officer edwards and

CASE ~~HER~~
Lawrence Franklin

officer Peterson punished how Courts see fit! ~~Immediately~~ in a timely manner! The Longer they are in my presents The more my Life is at risk! I pray that the Court review cambra and Grant me the $620,000 in Compensatory and punitive damages I'm Seeking for 8th Amendment Cruel and unusual punishment and Defamation of Character! that has injured me Emotionally and mentally! ~~~~ Their Violations were intentional

~~~~

LAWRENCE D Franklin    6 north 100 Cell 113

Signiture: [signature]

These Violations are Serious enough to implicate 8th Amendment! Defamation and injurious Slander/Verbal...